UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKS & BROOKS INVESTMENTS, LLC, | |
| Plaintiff, | No. 22-CV-9839 (RA) |
| v. | ORDER |
| MT HAWLEY INSURANCE COMPANY, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

Pursuant to this Court's December 20, 2022 order, the parties in this matter were directed to submit a joint letter and proposed case management plan one week in advance of the pretrial conference scheduled for February 10, 2023. To date, neither submission has been filed on the docket.

Accordingly, today's conference is hereby adjourned until February 17, 2023 at 2:45 p.m. The parties shall submit their joint letter and case management plan by no later than February 14, 2023. Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:   February 10, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge