UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKS & BROOKS INVESTMENTS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY, <br><br>  Defendant. | No.  22-CV-9839 (RA) <br><br> ORDER AND NOTICE <br> OF INITIAL CONFERENCE |

RONNIE ABRAMS, United States District Judge:

      As directed during the conference with the Court on February 17, 2023, the parties shall submit their proposed case management plan and updated joint letter, indicating whether they request a referral to the Court-annexed mediation program or for settlement discussions with Magistrate Judge Moses, by no later than February 24, 2023.

Dated:    February 21, 2023
             New York, New York

                                                                 Ronnie Abrams
                                                                 United States District Judge