UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKS & BROOKS INVESTMENTS, LLC,<br><br>                            Plaintiff,<br><br>                               v.<br><br>MT HAWLEY INSURANCE COMPANY,<br><br>                            Defendant. | No. 22-cv-9839 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

       On October 27, 2023, the Court received a joint letter from the parties and granted their request to extend the fact discovery deadline by 90 days, to January 24, 2024.  *See* Dkt. No. 46. In light of this extension, a telephone conference is hereby scheduled for February 2, 2024, at 11:30 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

       No later than January 30, 2024, the parties shall submit a joint status letter to the Court, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:     January 25, 2024
              New York, New York

                                                                   Hon. Ronnie Abrams
                                                                     United States District Judge