UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKS & BROOKS INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MT. HAWLEY INSURANCE COMPANY, <br><br> Defendant. | No. 22-CV-9839 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

     As discussed during today's telephonic conference, the Court grants the parties' extension request to complete expert discovery no later than March 29, 2024. The Court will hold a post-discovery conference on April 5, 2024 at 3:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-In Number: (888) 363-4749; Access Code: 1015508#.

     No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether expert discovery is complete and the status of the parties' settlement discussions.

SO ORDERED.

Dated:   February 2, 2024
            New York, New York

                                                                        Hon. Ronnie Abrams
                                                                        United States District Judge